UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN ZITO,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>PRITCHETT EYE CARE ASSOCIATES,<br><br>　　　　　　　　　　Defendant. | District No. 3:25-cv-00394-ART-CSD<br><br>U.S.C.A. No. 25-6209 |

ORDER ON MANDATE

The above-entitled cause was appealed to the United States Court of Appeals for the Ninth Circuit. On November 25, 2025, the Court of Appeals issued its opinion (ECF No. 9) dismissing the appeal of Magistrate Judge Denney's order for lack of jurisdiction. (ECF No. 3.) On December 17, 2025, the Court of Appeals issued its mandate. (ECF No. 10.)

Accordingly, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED THIS 29th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1